METROPOLITAN SAVINGS BANK & TRUST COMPANY OF PITTSBURGH, Appellant, v. FARMERS' STATE BANK OF ROSALIE, Nebraska.

Circuit Court of Appeals, Eighth Circuit.
May 31, 1929.

No. 8624.

W. C. Dorsey, of Omaha, Neb., for appellant.

C. M. Skiles, of Lincoln, Neb., for appellee.

PER CURIAM. Appeal docketed and dismissed, without costs to either party in this court, on motion of appellant and consent of appellee.

■

MEURER STEEL BARREL COMPANY, Inc., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

Circuit Court of Appeals, Second Circuit.
November 4, 1929.

No. 2.

William C. Gehring and Melvin G. Palliser, both of New York City, for petitioner.

Sewall Key and John Vaughan Groner, Sp. Assts. to Atty. Gen. (C. M. Charest, Gen. Counsel, and P. S. Crewe, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., of counsel), for respondent.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Order affirmed.

■

James MORRISON, Appellant, v. WARDEN OF UNITED STATES PENITENTIARY, ATLANTA, GEORGIA, Appellee.

Circuit Court of Appeals, Fifth Circuit.
October 25, 1929.

No. 5593.

James Morrison, in pro. per.

Clint W. Hager, U. S. Atty., and Hal Lindsay, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The judgment in the above numbered and entitled cause is affirmed.